# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2019

## NO. 03-18-00197-CV

**Rosalinda Trevino, Appellant**

**v.**

**Brian O'Quinn, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BAKER
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on February 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.